IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCray, Tanya

Printed: 6/3/08

Case Number: 07 B 09626
Judge: Squires, John H
Filed: 5/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 23, 2008
Confirmed: July 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,460.00 |  |
| Secured: |  | 2,116.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 210.11 |
| Trustee Fee: |  | 132.96 |
| Other Funds: |  | 0.00 |
| Totals: | 2,460.00 | 2,460.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 1,341.50 | 210.11 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 158.90 | 23.58 |
| 4. | Hampton Court Condominium Association | Secured | 5,617.42 | 632.57 |
| 5. | Americredit Financial Ser Inc | Secured | 10,906.57 | 1,460.78 |
| 6. | National City Mortgage Co | Secured | 8,861.22 | 0.00 |
| 7. | Zalutsky & Pinski Ltd | Unsecured | 376.02 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 34.72 | 0.00 |
| 9. | DeVry Institute of Technology | Unsecured | 230.40 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 323.97 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 12,849.10 | 0.00 |
| 12. | Hampton Court Condominium Association | Unsecured | 0.00 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 929.70 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Brinks | Unsecured | | No Claim Filed |
| 16. | Nelnet II | Unsecured | | No Claim Filed |
| 17. | D W Story & Assoc | Unsecured | | No Claim Filed |
| 18. | Johnson & Roundtree International | Unsecured | | No Claim Filed |
| 19. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 20. | CB Accounts | Unsecured | | No Claim Filed |
| 21. | RMI/MCSI | Unsecured | | No Claim Filed |
| 22. | NES/SLC | Unsecured | | No Claim Filed |
| 23. | National Louis University | Unsecured | | No Claim Filed |
| 24. | RMI/MCSI | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McCray, Tanya | Case Number: 07 B 09626 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 6/3/08 | Filed: 5/29/07 |

| 26. RMI/MCSI | Unsecured | | No Claim Filed |
|---|---|---|---|
|  |  | _____ | _____ |
|  |  | $ 41,629.52 | $ 2,327.04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 132.25 |
| 6.5% | 0.71 |
|  | _____ |
|  | $ 132.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_